UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
EMPIRE ENTERTAINMENT, INC. and
INDUSTRIAL ARTIST MANAGEMENT, INC.,   :   **ORDER DISMISSING MOTION**

                     Plaintiffs,   :   09 Civ. 2334 (AKH)

               -against-   :

PETER B. BAILEY, MATTHEW KENDALL,   :
ED ASTON, EMILY FOX, and THE PETER
BAILEY COMPANY LLC,   :

                   Defendants.   :
------------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J.:

       On April 2, 2009, Defendants filed a motion to dismiss, through their counsel Robert Lillienstein. On April 28, 2009, the parties stipulated to a temporary cessation of the litigation, so as to pursue settlement discussions. On July 8, 2009, I granted a motion brought by Lillienstein to withdraw as counsel. I have received no further submissions or requests regarding the motion to dismiss.

       Accordingly, I deny the motion without prejudice for failure to prosecute. Fed. R. Civ. Pro. 41(b).

       The Clerk shall mark the motion (Doc. No. 21) as terminated.

       SO ORDERED.

Dated:     New York, New York
              August 27, 2009

                                              ALVIN K. HELLERSTEIN
                                            United States District Judge