UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
EMPIRE ENTERTAINMENT, INC. and INDUSTRIAL
ARTIST MANAGEMENT, INC.,

                Plaintiffs,

      -against-

PETER B. BAILEY, MATTHEW KENDALL, ED ASTON,
EMILY FOX, and THE PETER BAILEY COMPANY LLC,

                Defendants.
------------------------------------------------------------------ x

**ORDER DISMISSING CERTAIN DEFENDANTS**

09 Civ. 02334 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      In this action, plaintiff employers allege that defendant employees conspired to destroy and divert plaintiffs' business by violating, inter alia, the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, while starting a competing venture.

      On September 11, 2009, the parties appeared before me for a status conference. At that time, the parties consented to dismiss from the case with prejudice defendants Matthew Kendall, Ed Aston, and Emily Fox, each of whom the plaintiffs have re-hired since filing the complaint.

      The case continues only against defendants Peter B. Bailey and The Peter Bailey Company LLC. The caption shall be amended as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
EMPIRE ENTERTAINMENT, INC. and INDUSTRIAL
ARTIST MANAGEMENT, INC.,

                Plaintiffs,

      -against-

PETER B. BAILEY and THE PETER BAILEY COMPANY LLC,

                Defendants.
------------------------------------------------------------------ x

09 Civ. 02334 (AKH)

SO ORDERED.

Dated:    New York, New York
            September 17, 2009

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge